# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re  **Benefit Marketing Allies Corp**
Debtor(s)

Case No. _____
Chapter **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Alexander L. Cardona**, declare under penalty of perjury that I am the **CEO** of **Benefit Marketing Allies Corp**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 12th day of December, 2024.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Alexander L. Cardona**, **CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Alexander L. Cardona**, **CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Alexander L. Cardona**, **CEO** of this Corporation is authorized and directed to employ **Paul Reece Marr GA Bar # 471230**, attorney and the law firm of **Paul Reece Marr, P.C.** to represent the corporation in such bankruptcy case."

Date   12/15/2024

Signed   _/s/ Alexander L. Cardona_
Alexander L. Cardona

Resolution of Board of Directors
of
**Benefit Marketing Allies Corp**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Alexander L. Cardona**, **CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Alexander L. Cardona**, **CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Alexander L. Cardona**, **CEO** of this Corporation is authorized and directed to employ **Paul Reece Marr GA Bar # 471230**, attorney and the law firm of **Paul Reece Marr, P.C.** to represent the corporation in such bankruptcy case.

Date  12/15/2024                                    Signed  _____
                                                                        **Alexander L. Cardona**

Date  _____            Signed  _____